IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00571

UNITED STATES OF AMERICA,

    Plaintiff,

v.

 COLORADO MUSHROOM FARM, LLC,

    Defendant.

---

## COMPLAINT

---

The United States of America (the "United States"), through counsel, hereby files a complaint against Colorado Mushroom Farm, LLC, for the collection of two related debts owed to the United States, pursuant to the Federal Debt Collection Procedures Act of 1990 (the "FDCPA"), 28 U.S.C. §3001 et seq.

### I. JURISDICTION

1. This Court has jurisdiction over this case pursuant to 7 U.S.C. § 6107 and 28 U.S.C. § 1345.

2. Venue is proper in the District of Colorado under 28 U.S.C. § 1391 because the defendant, Colorado Mushroom Farm, LLC, is a resident of this judicial district and because a substantial part of the events giving rise to this claim occurred in this judicial district.

## II. PARTIES

3. Plaintiff, the United States, is a sovereign nation.

4. Defendant, Colorado Mushroom Farm, LLC ("Colorado Mushroom Farm"), is a Colorado limited liability company, whose principal office street address is 10719 Road 5 South, Alamosa, CO, and whose principal office mailing address is PO Box 2002, Alamosa, CO 81101.

## III. FACTUAL ALLEGATIONS

5. This case arises out of the United States Department of Agriculture's (the "USDA") attempt to enforce assessments due under the Mushroom Promotion, Research, and Consumer Information Act of 1990 (the "Mushroom Act"), 7 U.S.C. §§ 6101–6112, and the Mushroom Promotion, Research, and Consumer Information Order (the "Mushroom Order"), 7 C.F.R. part 1209.

6. Prior to referring this case to the United States Department of Justice for collection, the USDA, Agricultural Marketing Service (the "AMS") sought to enforce the assessments in a USDA administrative proceeding.

7. Following Colorado Mushroom Farm's failure to appear and answer a complaint filed by the USDA, United States Department of Agriculture Chief Administrative Law Judge Channing D. Strother issued a Decision and Order Without Hearing by Reason of Default (the "Decision and Order") assessing (1) $89,246.55, which included late-payment charges and interest for unpaid assessments, against Colorado Mushroom Farm and (2) a $5000 civil penalty against Colorado Mushroom Farm. A copy of the Decision and Order is attached herein as Exhibit 1.

A. <u>Statutory and Regulatory Framework</u>

8. The Mushroom Act declares a Congressional policy "that it is in the public interest to authorize the establishment" of a "coordinated program of promotion, research, and consumer and industry information designed" to improve the marketing of mushrooms. 7 U.S.C. § 6101(b).

9. As directed by the Mushroom Act, 7 U.S.C. § 6103(a), the Secretary of Agriculture issued the Mushroom Order to effectuate the Mushroom Act's declared policy. *See Procedures for the Conduct of Referenda in Connection with the Mushroom Promotion, Research, and Consumer Information Order and Rules of Practice Governing Proceedings on Petitions to Modify or to Be Exempted from Such Order*, 57 Fed. Reg. 31,948, 31,951 (July 20, 1992).

10. The Mushroom Order is administered by the Mushroom Council—a four- to nine-member council comprising mushroom producers appointed by the Secretary of Agriculture, 7 C.F.R. § 1209.30(a)—which operates under the oversight of the AMS.

11. The Mushroom Council's programs and expenses are funded by assessments paid to the Mushroom Council by each "first handler," 7 U.S.C. § 6104(g)(1), (3); 7 C.F.R. § 1209.51(a), which the Mushroom Order defines as "any person who receives or otherwise acquires mushrooms from a producer and prepares for marketing or markets such mushrooms, or who prepares for marketing or markets mushrooms of that person's own production." 7 C.F.R. § 1209.6.

12. First handlers are required to remit assessments to the Mushroom Council monthly. 7 C.F.R. § 1209.251(a)–(b).

3

13. "A late payment charge shall be imposed on any first handler . . . who fails to make timely remittance to the [Mushroom] Council of the total assessment amount for which the person is liable." 7 C.F.R. § 1209.251(e).

14. "In addition to the late payment charge, interest shall be charged at a rate of one and one-half percent per month on the outstanding balance, including the late payment charge and any accrued interest." 7 C.F.R. § 1209.251(f).

15. "A person who willfully violates a provision of [the Mushroom Order] . . . may be assessed a civil penalty by the Secretary [of Agriculture] of not less than $500 nor more than $5,000 for each such violation." 7 U.S.C.A. § 6107(c)(1).

B. <u>Colorado Mushroom Farm's Debt</u>

16. Colorado Mushroom Farm is considered a first handler as defined in the Mushroom Act, 7 U.S.C. § 6102(5), and the Mushroom Order, 7 C.F.R. § 1209.6, and is subject to payment of assessments to the Mushroom Council pursuant to the Mushroom Order. 7 C.F.R. § 1209.51(c). (Ex. 1 at ¶ 8).

17. Colorado Mushroom Farm failed to pay twenty-eight monthly assessments from September 2017–December 2019 due to the Mushroom Council under the Mushroom Act and the Mushroom Order. (Ex. 1 at ¶ 9).

18. Colorado Mushroom Farm and the Mushroom Council entered into a settlement agreement in October 2019, whereby Colorado Mushroom Farm agreed that (1) it owed $92,453.25—after deducting a $5000 payment from Colorado Mushroom Farm to the Mushroom Council in September—in assessments, late fees, and interest charges to the Mushroom Council for mushrooms handled during 2017, 2018, and

through August 2019; (2) that Colorado Mushroom Farm would pay $4,000 per month until the balance was paid in full; and (3) that if Respondent failed to make payments as required, the entire outstanding balance would become due and payable immediately. (Ex. 1 at ¶ 15).

19.     Colorado Mushroom Farm failed to make its December 2019 payment. (*Id.* ¶ 14).

20.     As of December 2019, Colorado Mushroom owed $89,246.55 in assessments, late fees, and interest.  (*Id.* ¶ 8).

21.      On June 17, 2020, the AMS Administrator filed a complaint before the Secretary of Agriculture against Colorado Mushroom Farm alleging that Colorado Mushroom Farm "'willfully failed to pay assessments, late fees, and interest in full.'" (Ex. 1, 1).

22.     Colorado Mushroom Farm was duly served with a copy of the Complaint. (*Id.* at 2).

23.     Colorado Mushroom Farm did not file an answer within the twenty-day period as required by the rules governing formal adjudicatory proceedings instituted by the Secretary of Agriculture, 7 C.F.R. § 1.136.  (*Id.* at 2–3).

24.     Because Colorado Mushroom Farm failed to answer, the Decision and Order was issued by default.  (*Id.* at 3).

25.     The Decision and Order assessed $89,246.55 against Colorado Mushroom farm.  (Ex. 1, 6).  The assessment included late-payment charges and interest for unpaid assessments, against Colorado Mushroom Farm.  (*Id.*).

26. The Decision and Order also assessed a $5000 civil penalty against Colorado Mushroom Farm.  (*Id.* at 7).

27. Colorado Mushroom Farm did not appeal or otherwise seek review of the Decision and Order.

28. USDA referred the assessment and civil penalty the United States Department of Justice for collection in February 2021.

29. A copy of the Certificate of Indebtedness establishing the basis for Colorado Mushroom Farm's liability for these debts is attached herein as Exhibit 2.

30. Colorado Mushroom Farm is indebted to the United States in the principal amount of $89,246.55, plus interest in the amount of $42,070.30 as of February 28, 2022, and interest thereafter at 1.5% per month—18% per annum—on the entire outstanding balance, compounding monthly, until the date of judgment.  (Ex. 2); *see also* (Ex. 1, 6).

31. Colorado Mushroom Farm is also indebted to the United States in the amount of $5000, imposed on Colorado Mushroom Farm by the Decision and Order as a civil penalty.  (Ex. 1, 7); (Ex. 2).

32. The United States has made a demand to Colorado Mushroom Farm for the amount owed, but the amount due remains unpaid.

### COUNT I – CLAIM FOR A DEBT (Assessment)

33. The United States incorporates by reference the allegations set forth above paragraphs 1-32.

34. The amounts set forth in paragraph thirty are a "debt" to the United States as defined in the FDCPA 28 U.S.C. § 3002(3)(B).

35. The United States is entitled to obtain a remedy in connection with Colorado Mushroom Farm's debt to the United States.  7 U.S.C. § 6107(b); 28 U.S.C. § 3001(a).

## COUNT II – CLAIM FOR A DEBT (Civil Penalty)

36. The United States incorporates by reference the allegations set forth above paragraphs 1-32.

37. The amount set forth in paragraph thirty-one is a "debt" to the United States as defined in the FDCPA 28 U.S.C. § 3002(3)(B).

38. The United States is entitled to obtain a remedy in connection with Colorado Mushroom Farm's debt to the United States.  7 U.S.C. § 6107(f); 28 U.S.C. § 3001(a).

WHEREFORE, PREMISES CONSIDERED, the United States respectfully prays:

   a. To recover from Colorado Mushroom Farm  $89,246.55, plus interest in the amount of $42,070.30 as of February 28, 2022, and interest thereafter at 18% per annum on the total outstanding balance, compounded monthly, until the date of judgment; and for post judgment interest at the legal rate in effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961 (b);

b.  To recover from Colorado Mushroom Farm $5000 and for post judgment interest at the legal rate in effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961 (b);

c.  That the Court award the United States costs for prosecuting this action, including but not limited to, a filing fee of $400.00, as authorized by 28 U.S.C § 2412(a)(2); and

d.  That the Court grant such further and general relief as the Court deems just and proper under the law and the facts of this case.

Respectfully submitted,

Cole Finegan
United States Attorney

s/ William B. Gillespie
**WILLIAM B. GILLESPIE**
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  William.Gillespie@usdoj.gov
Counsel for plaintiff