

1400 Independence Avenue, SW
Room 1575-S, STOP 0235
Washington, D.C. 20250-0235

# Certification of Debt

Colorado Mushroom Farm LLC
10719 Road 5 South, Alamosa, Colorado 81101
Alternative Mailing Address: P.O. Box 2002, Alamosa, Colorado 81101

**Count I: Total debt due to United States Department of Agriculture (USDA) from assessments on behalf of the Mushroom Council as of January 31, 2022:**

| | |
|---|---|
| **Principal:** | $ 89,246.55 |
| Interest accrued from January 1, 2020 to February 28, 2022: | $ 42,070.30 |
| TOTAL: | $131,316.85 |

**Count II: Total debt due to USDA from civil penalties:**

**USDA Administrative Civil Penalty: $ 5,000.00**

I certify that the U. S. Department of Agriculture, Agricultural Marketing Service, Specialty Crops Program, Market Development Division (on behalf of the Mushroom Council) records show that the debtor named above is indebted to the United States Department of Agriculture in the amount stated above.

The claim arose in connection with the debtor's failure to pay an $ 89,246.55 assessment (which includes assessments, interests, and penalties owed to the Mushroom Council that had accrued as of January 1, 2020) levied by the U.S. Department of Agriculture, based on non-payment of assessments a violation of the Mushroom Promotion, Research and Consumer Information Act of 1990, (7 U.S.C. §§ 6101 – 6112) and the Mushroom Promotion, Research and Consumer Information Order,[Order] (7 C.F.R. part 1209). Section 1209.251 (f) of the Order states interest shall be charged at a rate of one and one-half percent per month on the outstanding balance, including the late payment charge and any accrued interest, of any account that remains delinquent beyond the last day of the second month following the month the mushrooms involved were marketed.

Additionally, the U.S. Department of Agriculture imposed a $5,000 civil penalty on debtor, as authorized by 7 U.S.C.A. § 6107(c)(1).

**CERTIFICATION:** Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date 3/2/2022

_____
Heather M. Pichelman, Acting Director
Market Development Division, Specialty Crops Program
Agricultural Marketing Service, U.S. Department of Agriculture