# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-00571

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLORADO MUSHROOM FARM, LLC,

    Defendant.

---

## ANSWER

The defendant, Colorado Mushroom Farm, LLC, through counsel, Miller & Law, P.C., for its answer to the plaintiff's Complaint states as follows:

### JURISDICTION

1. The defendant admits that this Court has jurisdiction over the subject matter and the parties, and that venue is proper.

### PARTIES

2. The defendant admits the allegations set forth in paragraphs 3 and 4 of the Complaint.

3. To the extent that paragraph 5 of the Complaint sets forth factual allegations, the defendant denies same.

## FACTUAL ALLEGATIONS

4. The defendant incorporates the admissions and denials set forth above, as if fully set forth herein.

5. The defendant does not possess sufficient information from which to form a belief as to the truth or falsity of the allegations set forth in paragraphs 6 and 7 of the Complaint, and therefore denies same.

6. Paragraphs 8 through 15, inclusive, of the Complaint set forth legal conclusions, for which no response is necessary.

7. To the extent that paragraph 16 of the Complaint sets forth factual allegations, the defendant denies same.

8. The defendant does not possess sufficient information from which to form a belief as to the truth or falsity of the allegations set forth in paragraph 17 of the Complaint, and therefore denies same.

9. The defendant admits the allegations set forth in paragraph 18 of the Complaint.

10. The defendant denies the allegations set forth in paragraphs 19 and 20 of the Complaint.

11. The defendant does not possess sufficient information from which to form a belief as to the truth or falsity of the allegations set forth in paragraphs 21 through 29, inclusive, of the Complaint, and therefore denies same.

12. The defendant denies the allegations set forth in paragraphs 30 through 32, inclusive, of the Complaint.

13. To the extent that paragraphs 34 through 38 of the Complaint set forth factual allegations, the defendant denies same.

14. The defendant denies each and every factual allegation set forth in the Complaint which is not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a plausible claim against the defendant under governing law.

2. The United States has failed to satisfy one or more conditions precedent to bringing this action imposed by governing law.

3. The claims asserted by the United States are barred or reduced by payment.

WHEREFORE, having fully answered the Complaint, the defendant respectfully requests that the Court enter judgment in its favor and against the United States on all claims asserted in the Complaint, that the Court award the defendant the reasonable costs incurred in defending this action, together with any such other and further relief as the Court deems just.

Respectfully submitted this 5rh day of May, 2022.

**MILLER & LAW, P.C.**

/s/ James F. Scherer
James F. Scherer
1900 W. Littleton Blvd.
Littleton, CO 80120
Telephone: 303-722-6500
Email: jfs@millerandlaw.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2022, a true and correct copy of the foregoing **ANSWER** was e-filed with the Clerk of the Court and served on all active parties and counsel of record via was served via email upon the following:

Cole Finegan
United States Attorney
United States Attorney's Office
William.gillespie@usdoj.gov

By: */s/ Shannon B. Durbin*
Shannon B. Durbin, Paralegal