**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 22-cv-0571-WJM-NRN

USA,

    Plaintiff,

v.

COLORADO MUSHROOM FARM, LLC,

    Defendant.
_____

### ORDER REFERRING CASE TO MAGISTRATE JUDGE
_____

    This matter comes before the Court on the Parties' Election Concerning

Consent/Non-Consent to United States Magistrate Judge Jurisdiction (ECF No. 10).

Pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCiv.R 72.2, the parties have consented

to the disposition of the above action by United States Magistrate Judge N. Reid

Neureiter.  The Court having reviewed the parties' filing hereby ORDERS as follows:

    The above action is hereby REFERRED for final disposition to Judge Neureiter

pursuant to 28 U.S.C. § 636 (c), Fed. R. Civ. P. 73 and D.C.COLO.LCiv.R 72.2.  Judge

Neureiter shall conduct any and all further proceedings in this case, including without

limitation trial and entry of a final judgment.

    The parties and the Clerk of Court are DIRECTED to use the following case

number for all future filings in this action: **22-cv-0571-NRN.**

Dated this 20th day of May, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge