IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00571-NRN | Date: June 15, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | William Gillespie |
| Plaintiff, | |
| v. | |
| COLORADO MUSHROOM FARM, LLC, | James Scherer |
| Defendant. | |

## COURTROOM MINUTES

### TELEPHONIC SCHEDULING CONFERENCE

**10:02 a.m.**  Court in session.

Court calls case. Appearances of counsel. Preliminary remarks by the Court.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Joinder of Parties/Amendment to Pleadings: August 1, 2022

Discovery Cut-off: October 28, 2022

Dispositive Motions Deadline: November 11, 2022

Each side shall be limited to 2 depositions, excluding experts.
Depositions shall not exceed 6 hours, exclusive of experts.
Each side shall be limited to 15 interrogatories, 15 requests for production, and 15 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 1 expert witness, absent leave of court.

Disclosure of Affirmative Experts: August 15, 2022
Disclosure of Rebuttal Experts: September 15, 2022
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for September 7, 2022 at 2:30 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:17 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.