IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-00571-MDB | Date:   September 7, 2022 |
| Courtroom Deputy: E. Lopez Vaughan | FTR:    Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| USA, | William Gillespie |
|     Plaintiff, | |
| v. | |
| Colorado Mushroom Farm, LLC, | James Scherer |
|     Defendant | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**2:34 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion held regarding the current posture of the case; specifically, the court inquires about the possibility of resolution based on the parties' disclosure regarding settlement discussions as documented in the Scheduling Order (ECF No. 14).

The parties inform the Court that Defendant has gone out of business but that both sides intend to move forward with the discovery process and are amenable to resuming settlement discussions at a later time.

Hearing concluded.

**2:38 p.m.        Court in recess.**

Total in-court time    00:04

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.